Manatt, Phelps & Phillips, LLP
CHRISTINE M. REILLY (Bar No. CA 226388)
E-mail: CReilly@manatt.com
KRISTIN HAULE (Bar No. CA 312139)
E-mail: KHaule@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Defendant
PONCE & PONCE REALTY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK WALWORTH, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PONCE & PONCE REALTY, INC., a California corporation,<br><br>　　　　Defendant. | No. 5:20-cv-01609-JGB-KK<br><br>**NOTICE OF RESOLUTION** |

Defendant Ponce & Ponce Realty, Inc. ("Defendant") and Plaintiff Frank Walworth, on behalf of himself and all others similarly situated (individually, "Plaintiff" and together with Defendant, the "Parties"), with Plaintiff's notice and permission, hereby notifies the Court that the Parties have resolved their individual differences and disputes in the above-captioned matter. The Parties anticipate that a notice of voluntary dismissal will be filed in sixty (60) days. In the meantime, the Parties respectfully request that the Court vacate all pending deadlines and stay the case.

Respectfully submitted,

Dated: October 23, 2020      MANATT, PHELPS & PHILLIPS, LLP

By:/s/ Kristin E. Haule
   Christine M. Reilly
   Kristin Haule

*Attorneys for Defendant*
PONCE & PONCE REALTY, INC.

Dated: October 23, 2020      KAUFMAN, P.A.

By:/s/ Rachel E. Kaufman
   Rachel E. Kaufman

*Attorney for Plaintiff*
FRANK WALWORTH, individually and on behalf of those similarly situated individuals

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to counsel for Plaintiff and that I have obtained her authorization to affix her electronic signature to this document.

Dated:   October 23, 2020          MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Kristin E. Haule
Christine M. Reilly
Kristin Haule
*Attorneys for Defendant*
PONCE & PONCE REALTY, INC.

## CERTIFICATE OF CM/ECF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 23, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Federal Rules of Civil Procedure 5.  Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile, and/or overnight delivery.

Dated:   October 23, 2020          MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Kristin E. Haule
Christine M. Reilly
Kristin E. Haule

*Attorneys for Defendant*
PONCE & PONCE REALTY, INC.

327021575.1