RACHEL E. KAUFMAN (Cal. Bar No. 259353)
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Attorney for Plaintiff and the Putative Class*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK WALWORTH**, individually on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>  v.<br><br>**PONCE & PONCE REALTY, INC.**, a California corporation,<br><br>   *Defendant.* | Case No. 5:20-cv-01609-JGB-KK<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL** |

  Plaintiff Frank Walworth voluntarily dismisses this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

                Respectfully Submitted,

Dated: January 5, 2021     By: <u>/s/ Rachel E. Kaufman</u>

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Rachel E. Kaufman (Cal Bar No. 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorney for Plaintiff and the putative Class*

-2-

Plaintiff's Notice of Dismissal
Case No. 5:20-cv-01609-JGB-KK